1040

[No. 45534-0-II. Division Two. July 7, 2015.]

JASON LEN, *Appellant*, v. THE OFFICE OF THE SUPERINTENDENT OF PUBLIC INSTRUCTION, *Respondent*.

*Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[No. 45568-4-II. Division Two. July 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR RAUL MORENO VARGAS, *Appellant*.

*Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 45758-0-II. Division Two. July 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY BRYSON, *Appellant*.

*Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.